## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

PAUL FLETCHER,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

*******************************************

Civil Action No.
05-CV-1605
LEK/GHL

**STIPULATION OF REMAND**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: April 10, 2006

    /s/ Mark Schneider
Mark Schneider, Esq.
57 Court Street
Plattsburgh, New York 12901
Attorney for Plaintiff

Dated: April 10, 2006

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By:   /S/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: 4/13/06
Syracuse, New York

*[signature]*

HON. GEORGE H. LOWE
U.S. MAGISTRATE JUDGE